UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Steven Schluneger,                                      Civil No. 10-531 (PAM/FLN)

                Plaintiff,

v.                                                      **MEMORANDUM AND ORDER**

Bridgestone & Associates LLC,

                Defendant.

---

This matter is before the Court on the Plaintiff's Motion to Withdraw Notice of Voluntary Dismissal and Motion for a Rule 16 Status Conference. On April 5, 2011, Plaintiff filed a Notice of Voluntary Dismissal under Rule 41(a) (Docket No. 24), because he believed that Defendant had closed its business. (Roy Aff. ¶ 9.) Plaintiff now seeks to withdraw that Notice, citing his recent discovery that Defendant may have remained in business under a different name. (Id. ¶¶ 10-13.) Based on this new information, the Court will allow Plaintiff to withdraw his Notice.

         Accordingly, **IT IS HEREBY ORDERED that**:

         1.        Plaintiff's Motion to Withdraw Notice of Voluntary Dismissal and Motion for a Rule 16 Status Conference (Docket No. 25) is **GRANTED**; and

         2.        The Court will hold a Rule 16 status conference on this matter at 2:00 p.m. on Thursday, August 25, 2011.

Dated:   July 15, 2011                                    s/Paul A. Magnuson
                                                                   Paul A. Magnuson
                                                                   United States District Court Judge